UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MYERS,<br><br>             Plaintiff,<br><br>     v.<br><br>PHILLIPS, et al.,<br><br>             Defendants. | 1:20-cv-00535-GSA (PC)<br><br>**ORDER TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On April 10, 2020, Plaintiff filed the Complaint commencing this action together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed *in forma pauperis* was deficient. The court only received the first page of the application. Plaintiff shall be granted 30 days in which to submit a new, complete application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 16, 2020**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE