UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MYERS, | No. 1:20-cv-00535-NONE-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (Doc. No. 14.) |
| vs. | |
| PHILLIPS, et al., | ORDER DISMISSING CASE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER AND FAILURE TO PROSECUTE (Doc. No. 8.) |
| Defendants. | |
| | ORDER FOR CLERK TO CLOSE CASE |

Johnny Myers ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2020, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to comply with a court order and failure to prosecute.  (Doc. No. 14.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has expired, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 13, 2020, (Doc. No. 14), are adopted in full;
2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with a court order and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 18, 2020__                    /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE